# EXHIBIT A: PLAINTIFF'S COMPLAINT



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL22-25195

Other Reference No.(s): ...............................

Child Support Enforcement Number: ...............................

Date issued: August 18, 2022

To:   Metro Gutter and Home Services
      Serve: Resident Agent, Kent Howard Baake
      6404 Fairland Street
      Alexandria, VA 22312

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

**MARTIN GIBSON**
**5919 FISHER ROAD, #204**
**TEMPLE HILLS MD 20748**

This summons is effective for service only if served within 60 days after the date it is issued.

*Mahasin El Amin*
Clerk of the Circuit Court
#216

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Instructions for Service:

1.  This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3.  Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4.  If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)              Page 1 of 4                    CAL22-25195

# SHERIFF'S RETURN

Circuit Court for Prince George's County

To: ........................................................

Sheriff fee: ............................... By: ..........................................................................

Served: ......................................................................................................................

Time: ...................... Date: .......................................................................................

Unserved (Reason): ..................................................................................................

With the following:

☐ Summons                           ☐ Counter Complaint
☐ Complaint                          ☐ Domestic Case Information Report
☐ Motions                            ☐ Financial Statement
☐ Petition and Show Cause Order      ☐ Other: _____
                                                    **(please specify)**

Was unable to serve because:

☐ Moved; left no forwarding address   ☐ No such address
☐ Address not in Jurisdiction         ☐ Other: _____
                                                    **(please specify)**

Sheriff Fee: $ _____          ☐   Waived by: _____

                                        _____
                                        **(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.:  CAL22-25195

Other Reference No.(s): .................................

Child Support Enforcement Number: .................................

Date issued: August 18, 2022

To:  Metro Gutter and Home Services
Serve: Resident Agent, Kent Howard Baake
6404 Fairland Street
Alexandria, VA 22312

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

MARTIN GIBSON
5919 FISHER ROAD, #204
TEMPLE HILLS MD 20748

This summons is effective for service only if served within 60 days after the date it is issued.

*Mahasin El Amin*

Clerk of the Circuit Court

#216

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Instructions for Service:

1.  This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3.  Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4.  If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN

Circuit Court for Prince George's County

To: ..................................................

Sheriff fee: ....................... By: ..............................................

Served: ...................................................................

Time: .................. Date: ...........................................................

Unserved (Reason): ..............................................................

With the following:

- Summons
- Complaint
- Motions
- Petition and Show Cause Order

- Counter Complaint
- Domestic Case Information Report
- Financial Statement
- Other: _____
  (please specify)

Was unable to serve because:

- Moved; left no forwarding address
  Address not in Jurisdiction

- No such address
  Other: _____
  (please specify)

Sheriff Fee: $ _____        ☐  Waived by: _____

_____
(Serving Sheriff's Signature & Date)

Instructions to Private Process:

1.  This Summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3.  Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4.  If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.:  CAL22-25195

Other Reference No.(s): ...............................

Child Support Enforcement Number: ...............................

Date issued:  August 18, 2022

To:   Metro Gutter and Home Services
Serve: Resident Agent, Kent Howard Baake
6404 Fairland Street
Alexandria, VA 22312

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

**MARTIN GIBSON**
**5919 FISHER ROAD, #204**
**TEMPLE HILLS MD 20748**

This summons is effective for service only if served within 60 days after the date it is issued.

_____
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Instructions for Service:

1.   This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2.   Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3.   Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4.   If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)                    Page 1 of 4                    CAL22-25195

## SHERIFF'S RETURN

Circuit Court for Prince George's County

To: .................................................

Sheriff fee: ........................... By: ............................................................

Served: ..............................................................................................

Time: ................... Date: ...........................................................................

Unserved (Reason): .......................................................................................

With the following:

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order

- ☐ Counter Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Other: _____
  **(please specify)**

Was unable to serve because:

- ☐ Moved; left no forwarding address
  Address not in Jurisdiction

- ☐ No such address
- ☐ Other: _____
  **(please specify)**

Sheriff Fee: $_____          ☐  Waived by: _____

_____
**(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1.  This Summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3.  Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4.  If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR Prince George's County
<span style="font-size:smaller">(City or County)</span>

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant:* You must file an Information Report as required by Rule 2-323(h).

*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

FORM FILED BY:☒PLAINTIFF  ☐DEFENDANT     CASE NUMBER CA 22-25195
<span style="font-size:smaller">(Clerk to insert)</span>

CASE NAME: Martin Gibson _____ vs. Donald Eugene Bailey
<span style="font-size:smaller">Plaintiff                                    Defendant</span>

PARTY'S NAME: Martin Gibson                          PHONE:

PARTY'S ADDRESS: 5919 Fisher Road #204 Temple Hills, 20748

PARTY'S E-MAIL:

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Camara L. Mintz          PHONE: 301-292-7200

PARTY'S ATTORNEY'S ADDRESS: 12805 Old Fort Suite 302, Fort Washington, Maryland 20744

PARTY'S ATTORNEY'S E-MAIL: camara.mintz@graciamintz.com

JURY DEMAND? ☒Yes ☐No

RELATED CASE PENDING? ☐Yes ☒No  If yes, Case #(s), if known:

ANTICIPATED LENGTH OF TRIAL?: ____ hours __2__ days

### PLEADING TYPE

New Case:  ☒Original     ☐ Administrative Appeal     ☐ Appeal
Existing Case: ☐ Post-Judgment     ☐ Amendment
*If filing in an existing case, skip Case Category/ Subcategory section - go to Relief section.*

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt:
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☒ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability
**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
    ☐ Commercial
    ☐ Residential
    ☐ Currency or Vehicle
    ☐ Deed of Trust
    ☐ Land Installments
    ☐ Lien
    ☐ Mortgage
    ☐ Right of Redemption
    ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)          Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

☐ Abatement
☐ Administrative Action
☐ Appointment of Receiver
☐ Arbitration
☐ Asset Determination
☐ Attachment b/f Judgment
☐ Cease & Desist Order
☐ Condemn Bldg
☐ Contempt
☐ Court Costs/Fees
☐ Damages-Compensatory
☐ Damages-Punitive

☐ Earnings Withholding
☐ Enrollment
☐ Expungement
☐ Findings of Fact
☐ Foreclosure
☐ Injunction
☐ Judgment-Affidavit
☐ Judgment-Attorney Fees
☐ Judgment-Confessed
☐ Judgment-Consent
☐ Judgment-Declaratory
☐ Judgment-Default

☐ Judgment-Interest
☐ Judgment-Summary
☐ Liability
☐ Oral Examination
☐ Order
☐ Ownership of Property
☐ Partition of Property
☐ Peace Order
☐ Possession
☐ Production of Records
☐ Quarantine/Isolation Order
☐ Reinstatement of Employment

☐ Return of Property
☐ Sale of Property
☐ Specific Performance
☐ Writ-Error Coram Nobis
☐ Writ-Execution
☐ Writ-Garnish Property
☐ Writ-Garnish Wages
☐ Writ-Habeas Corpus
☐ Writ-Mandamus
☐ Writ-Possession

*If you indicated Liability above,* mark one of the following. This information is *not* an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000      ☐ $10,000 - $30,000     ☐ $30,000 – $100,000   ☒ Over $100,000

☐ Medical Bills $_____      ☐ Wage Loss $_____      ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation        ☐ Yes   ☐ No          C. Settlement Conference    ☐ Yes   ☐ No
B. Arbitration      ☐ Yes   ☐ No          D. Neutral Evaluation       ☐ Yes   ☐ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, check here and attach form CC-DC-041

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check here and attach form CC-DC-049

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*          *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☒ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ Expedited- Trial within 7 months of          ☒ Standard – Trial within 18 months of
Defendant's response                              Defendant's response

EMERGENCY RELIEF REQUESTED

CC-DCM-002 (Rev. 04/2017)          Page 2 of 3

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response  ☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals. District Court Appeals and Jury Trial Prayers. Guardianship. Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation. International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days). State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions. Designated Toxic Tort. Major Construction Contracts. Major Product Liabilities, Other Complex Cases. |

8/12/22
_____
Date

12805 Old Fort Road Suite 302
_____
Address

Fort Washington     MD     20744
_____
City          State   Zip Code

*Camara M.*
_____
Signature of Counsel / Party

Camara L. Mintz
_____
Printed Name

CC-DCM-002 (Rev. 04/2017)          Page 3 of 3

IN THE CIRCUIT COURT FOR Prince George's County

(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒PLAINTIFF  ☐DEFENDANT       CASE NUMBER CAL22 25195
(Clerk to insert)

CASE NAME: Martin Gibson _____ vs. Metro Gutter & Home Services
              Plaintiff                                      Defendant

PARTY'S NAME: Martin Gibson                    PHONE:

PARTY'S ADDRESS: 5919 Fisher Road #204 Temple Hills, 20748

PARTY'S E-MAIL:

If represented by an attorney:

PARTY'S ATTORNEY'S NAME: Camara L. Mintz        PHONE: 301-292-7200

PARTY'S ATTORNEY'S ADDRESS: 12805 Old Fort Suite 302, Fort Washington, Maryland 20744

PARTY'S ATTORNEY'S E-MAIL: camara.mintz@graciamintz.com

JURY DEMAND?  ☒Yes ☐No

RELATED CASE PENDING?  ☐Yes ☒No  If yes, Case #(s), if known:

ANTICIPATED LENGTH OF TRIAL?: ____ hours  2 days

### PLEADING TYPE

New Case:  ☒Original      ☐ Administrative Appeal   ☐ Appeal

Existing Case: ☐ Post-Judgment   ☐ Amendment

*If filing in an existing case, skip Case Category/ Subcategory section - go to Relief section.*

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt:
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☒ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)          Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

☐ Abatement
☐ Administrative Action
☐ Appointment of Receiver
☐ Arbitration
☐ Asset Determination
☐ Attachment b/f Judgment
☐ Cease & Desist Order
☐ Condemn Bldg
☐ Contempt
☐ Court Costs/Fees
☐ Damages-Compensatory
☐ Damages-Punitive

☐ Earnings Withholding
☐ Enrollment
☐ Expungement
☐ Findings of Fact
☐ Foreclosure
☐ Injunction
☐ Judgment-Affidavit
☐ Judgment-Attorney Fees
☐ Judgment-Confessed
☐ Judgment-Consent
☐ Judgment-Declaratory
☐ Judgment-Default

☐ Judgment-Interest
☐ Judgment-Summary
☐ Liability
☐ Oral Examination
☐ Order
☐ Ownership of Property
☐ Partition of Property
☐ Peace Order
☐ Possession
☐ Production of Records
☐ Quarantine/Isolation Order
☐ Reinstatement of Employment

☐ Return of Property
☐ Sale of Property
☐ Specific Performance
☐ Writ-Error Coram Nobis
☐ Writ-Execution
☐ Writ-Garnish Property
☐ Writ-Garnish Wages
☐ Writ-Habeas Corpus
☐ Writ-Mandamus
☐ Writ-Possession

*If you indicated Liability above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.  ☐ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000      ☐ $10,000 - $30,000      ☐ $30,000 - $100,000      ☒ Over $100,000

☐ Medical Bills $_____      ☐ Wage Loss $_____      ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation    ☐ Yes   ☐ No          C. Settlement Conference    ☐ Yes   ☐ No
B. Arbitration  ☐ Yes   ☐ No          D. Neutral Evaluation       ☐ Yes   ☐ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, check here and attach form CC-DC-041

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check here and attach form CC-DC-049

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*

*(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time

☐ 1 day of trial time              ☐ More than 3 days of trial time

☒ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ Expedited- Trial within 7 months of          ☒ Standard - Trial within 18 months of
Defendant's response                            Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ Expedited - Trial within 7 months of Defendant's response     ☐ Standard - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

☐ Expedited     Trial 60 to 120 days from notice. Non-jury matters.
☐ Civil-Short     Trial 210 days from first answer.
☐ Civil-Standard     Trial 360 days from first answer.
☐ Custom     Scheduling order entered by individual judge.
☐ Asbestos     Special scheduling order.
☐ Lead Paint     Fill in: Birth Date of youngest plaintiff_____ .
☐ Tax Sale Foreclosures     Special scheduling order.
☐ Mortgage Foreclosures     No scheduling order.

### CIRCUIT COURT FOR BALTIMORE COUNTY

☐ Expedited (Trial Date-90 days)     Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus.

☐ Standard (Trial Date-240 days)     Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases.

☐ Extended Standard (Trial Date-345 days)     Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency.

☐ Complex (Trial Date-450 days)     Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases.

8/12/22
_____
Date

12805 Old Fort Road Suite 302
_____
Address

Fort Washington    MD    20744
_____
City      State    Zip Code

Camara M.
_____
Signature of Counsel / Party

Camara L. Mintz
_____
Printed Name

IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Martin Gibson                                    :
5919 Fisher Road #204
Temple Hills, 20748                              :

      **Plaintiff**                              :

      **v.**                                      :    CIVIL ACTION NO.: CAL 22 - 25195

Donald Eugene Bailey                             :
3305 E street SE
Washington, DC 20019                             :

      **Defendant**                             :

                                               :

Metro Gutter & Home Services                     :
Resident Agent: Kent Howard Baake
6404 Fairland Street                             :
Alexandria, VA 22312                             :

      **Defendant**                             :

---

## COMPLAINT

    Plaintiff, Martin Gibson (hereinafter referred to as "Plaintiff Gibson") by his attorney, Erick P. Gracia Jr., hereby files suit against the Defendants, Donald Eugene Bailey (hereinafter referred to as "Defendant Bailey"), and Metro Gutter & Home Services (hereinafter referred to as "Defendant Metro Gutter & Home Services") and for reasons, states as follows:

### INTRODUCTION

    1.  Plaintiff Gibson is a resident of Prince George's County, Maryland.

    2.  Defendant Bailey is a resident of Washington, D.C.

    3.  Defendant Metro Gutter & Home Services is a company that regularly conducts business in the state of Maryland.

    4.  On or about November 28, 2019, Plaintiff Gibson, a police officer was sitting

in his patrol vehicle in the left lane of the westbound of Suitland Parkway in Prince George's County, Maryland.

5. At that same time and place, Defendant Bailey was operating a commercial vehicle owned by Defendant Metro Gutter & Home Services traveling westbound of Suitland Parkway in Prince George's County, Maryland.

6. Defendant Bailey, who was impaired by alcohol while traveling at a high rate of speed and rear-end of the Plaintiff's vehicle.

7. Defendant Bailey, was an employee of Defendant Metro Gutter & Home Services at the time of the truck accident.

8. Defendant Bailey had been charged and/or convicted driving under the influence at least five times prior or during his employment with Defendant Metro Gutter & Home Service. His driving privileges were also suspended or revoked at the time of this accident.

9. Defendant Bailey acted with reckless disregard to the life of Plaintiff Gibson and others on the road that evening.

10. Defendant Metro Gutter & Home Services completely disregarded company policy and procedure and still allowed Defendant Bailey to operate their company vehicles knowing he was danger to the public.

11. At all times relevant herein, the Plaintiff Gibson, was exercising due care, and was free of negligence.

### COUNT I Negligence - (Defendant Bailey)

. Plaintiff Gibson, realleges the facts and allegations set forth in the Introduction, and further states as follows.

12. The negligence of the Defendant, Bailey, was the proximate cause of the accident in that said Defendant negligently failed to keep a proper lookout for other vehicles lawfully upon the highway, negligently failed to pay full time and attention, negligently failed to keep a proper control of his vehicle, in other respects not now known to the Plaintiff but which may become known prior to or at the time of trial and was otherwise careless and negligent, thereby causing a collision with the Plaintiff.

13. As a result of this negligence, the Plaintiff did suffer great pain and injury, loss of income, mental anguish, and has incurred and in the future will incur medical expense along with permanent injuries.

WHEREFORE, Plaintiff Gibson demands compensatory damages against Defendant Metro Gutter & Home Services in an amount in excess of seventy-five thousand dollars ($75,000.00), plus costs, pre-judgment interest, and post-judgment interest as this Court deems appropriate.

## COUNT II – NEGLIGENCE (Defendant Metro Gutter & Home Services)

Plaintiff Gibson, realleges the facts and allegations set forth in the Introduction of this Complaint fully as if the allegations were set forth fully herein.

14. Defendant Metro Gutter & Home Services had a duty to Plaintiff to act reasonably.

15. Defendant Metro Gutter & Home Services breached that duty.

16. As a direct and proximate cause of the negligence of Defendant Metro Gutter & Home Services, Plaintiff suffers from permanent physical injuries, conscious mental anguish, pain and suffering in the past and in the future, past medical expenses and future medical expenses.

17. All of the above damages were directly and proximately caused by the afore-mentioned negligence of Defendant Metro Gutter & Home Services and were incurred without contributory negligence or assumption of the risk on the part of Plaintiff, or an opportunity for Plaintiff, to avoid the accident.

WHEREFORE, Plaintiff Gibson demands compensatory damages against Defendant Metro Gutter & Home Services in an amount in excess of seventy five thousand dollars ($75,000.00), plus costs, pre-judgment interest, and post-judgment interest as this Court deems appropriate.

## COUNT III – NEGLIGENT ENTRUSTMENT (Defendant Metro Gutter & Home Services)

Plaintiff Gibson, realleges the facts and allegations set forth in the Introduction of this Complaint fully as if the allegations were set forth fully herein

18. The injuries, harm, and damages were incurred by the Plaintiff as a result of the use of the vehicle by Defendant Bailey in a negligent and reckless manner, which because of prior actions, Defendant Metro Gutter & Home Services knew, or had reason to know, was likely and involved an unreasonable risk of harm to others while driving a truck.

19. Defendant Metro Gutter & Home Services, as the employer of Defendant Bailey, had the right to permit and the power to prohibit the use of this truck by Defendant Bailey.

20 Defendant Metro Gutter & Home Services knew, or had reason to know, that Defendant Bailey l because of prior actions, was likely to drive his truck in a negligent and reckless manner.

21.  As a direct result of Defendant Metro Gutter & Home Services negligently entrusting Defendant Bailey, who operated said vehicle owned by Defendant Metro Gutter & Home Services in a negligent and reckless manner, the Plaintiff, without any contributory negligence, did suffer the injuries, damages, and harm previously enumerated in Count I of this Complaint.

WHEREFORE, Plaintiff Gibson demands judgment against Defendant Metro Gutter & Home Services in an amount in excess of seventy five thousand dollars ($75,000.00), plus costs, pre-judgment interest, and post-judgment interest as this Court deems appropriate.

## COUNT IV – NEGLIGENT HIRING AND RETENTION (Defendant Metro Gutter & Home Services)

Plaintiff Gibson, realleges the facts and allegations set forth in the Introduction of this Complaint fully as if the allegations were set forth fully herein

22.  Defendant Metro Gutter & Home Services had a duty to use reasonable care to select an employee who was competent and fit to perform the duties required as an employee. Defendant Metro Gutter & Home Services owed such duty to Plaintiff and such duty was breached.

23.  Defendant Metro Gutter & Home Services knew, or should have known, that Defendant Bailey would be likely to operate a motor vehicle in a negligent and reckless manner.

24.  Defendant Metro Gutter & Home Services knew, or should have known, that Defendant Bailey was not competent or fit for the duties required of him as an employee. Defendant Metro Gutter & Home Services breached their duty to use reasonable care to select and retain an employee that was competent and fit for the position.

25. As a result of Defendant Metro Gutter & Home Services' negligence in hiring and retaining Defendant Bailey, the Plaintiff was injured as alleged.

WHEREFORE, Plaintiff Gibson demands judgment against Defendants Metro Gutter & Home Services, in an amount in excess of seventy five thousand dollars ($75,000.00), plus costs, pre judgment interest, and post-judgment interest as this Court deems appropriate.

## COUNT V – AGENCY (Defendant Metro Gutter & Home Services)

Plaintiff Gibson, realleges the facts and allegations set forth in the Introduction of this Complaint fully as if the allegations were set forth fully herein.

26. The above-described acts of Defendant Bailey were committed while he was acting as an agent, servant, and or employee of Defendant Metro Gutter & Home Services.

27. The above-described acts of Defendant Bailey were committed within the scope of his agency and while furthering the business interests of Defendant Metro Gutter & Home Services.

28. As the principals for Defendant Bailey, Defendant Metro Gutter & Home Services are responsible for all of the acts committed by Defendant Bailey within the scope of his agency.

WHEREFORE, Plaintiff Gibson demands judgment against Defendant Metro Gutter & Home Services in an amount in excess of seventy five thousand dollars ($75,000.00), plus costs, pre-judgment interest, and post-judgment interest as this Court deems appropriate.

## COUNT VI Gross Negligence - (Defendant Bailey)

.Plaintiff Gibson, realleges the facts and allegations set forth in the Introduction, and further states as follows.

29. The gross negligence of the Defendant, Bailey, was willful and wanton misconduct, in a wanton or reckless disregard for human life or the rights of others, and in other respects not now known to the Plaintiff but which may become known prior to or at the time of trial and was otherwise careless and negligent, thereby causing a collision with the Plaintiff.

30. As a result of this gross negligence, the Plaintiff did suffer great pain and injury, loss of income, mental anguish, and has incurred and in the future will incur medical expense along with permanent injuries.

WHEREFORE, Plaintiff Gibson demands compensatory and punitive damages against Defendant Bailey in an amount in excess of seventy-five thousand dollars ($75,000.00), plus costs, pre-judgment interest, and post-judgment interest as this Court deems appropriate.

## COUNT VII  Gross Negligence - (Defendant Metro Gutter & Home Services)

Plaintiff Gibson, realleges the facts and allegations set forth in the Introduction, and further states as follows.

31. The gross negligence of the Defendant, Metro Gutter and Home Services had reason to know Defendant Bailey was danger to the community and  allowed Defendant Bailey to be in control of their vehicle,  which was willful and wanton misconduct, in a wanton or reckless disregard for human life or the rights of the Plaintiff and others, in other respects not now known to the Plaintiff but which may become known prior to or at the time of trial and was otherwise careless and negligent, thereby causing a collision with the Plaintiff.

32. As a result of this gross negligence, the Plaintiff did suffer great pain and injury, loss of income, mental anguish, and has incurred and in the future will incur medical expense along with permanent injuries.

WHEREFORE, Plaintiff Gibson demands compensatory and punitive damages

against Defendant Metro Gutter & Home Services in an amount in excess of seventy-five thousand dollars ($75,000.00), plus costs, pre-judgment interest, and post-judgment interest as this Court deems appropriate.

Respectfully submitted,

Gracia & Mintz, LLC.

*Camara M*
Camara L. Mintz, Esq.
Bar Number: 1306190206
12805 Old Fort Road, Suite 302
Fort Washington, Maryland, 20744
301-292-7200 (phone)
301-363-4108 (fax)
Camara.mintz@graciamintz.com
Attorney for Plaintiff

### DEMAND FOR JURY TRIAL

Plaintiff demands Trial by Jury on all issues herein.

*Camara M.*
Camara L. Mintz, Esq.